STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Adam P. Johnson
The Johnson Firm
P. O. Box 849
Lake Charles LA 70602

Shayna L. Sonnier
Hunter, Hunter & Sonnier
1807 Lake St.
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 29, 2019

**REHEARING ACTION: May 29, 2019**


**Docket Number: 18   00833-CA**

**BETTY SUE DELCAMBRE
JOSEPH DELCAMBRE
VERSUS
TONY MANCUSO, IN HIS CAPACITY AS
THE SHERIFF OF CALCASIEU PARISH, ET AL.**

**Appealed from Calcasieu Parish Case No. 2017-1653**


**BEFORE JUDGES:**

    **Hon. John D. Saunders
Hon. Van H. Kyzar
Hon. Candyce G. Perret**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Betty Sue Delcambre, et al** has this day been

    **DENIED.**


cc: Robert C. McCorquodale, Counsel for the Appellee